1  JUAN M. FALCON    SBN#177400
   JUAN M. FALCON & ASSOCIATES, INC.
2  A Professional Corporation
   Attorneys at Law
3  252 N. Fulton Street
   Fresno, California 93701
4  Telephone: (559) 499-2626
   Facsimile: (559) 499-2622

**FILED**

MAR 20 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

6  Attorney for Plaintiffs:   YVONNE ARANZAZU by and through her Guardian Ad Litem,
                              ARTURO ARANZAZU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE ARANZAZU by and through her Guardian Ad Litem, ARTURO ARANZAZU<br><br>Plaintiff,<br>v.<br><br>COUNTY OF TULARE, R. HADLEY and CUTLER OROSI UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No.: CIV-F-026397 AWI SMS<br><br>STIPULATION AND ORDER TO RESCHEDULE TRIAL DATE |

**IT IS HEREBY STIPULATED** by and between all parties, through their counsel of record, that the Trial Date in the above-entitled matter shall be rescheduled from August 29, 2006 to January 29, 2007.

**IT IS FURTHER STIPULATED** by and between all parties that the following pre-trial motion schedule and cut-off dates shall also be amended as follows:

Discovery Cut-Off from 4/3/06 to 9/3/06

Non-dispositive Motion Filing Deadline from 4/17/06 to 9/17/06

Dispositive Motion Filing Deadline from 5/1/06 to 10/1/06

Settlement Conference Date from 5/9/06 to 10/9/06, 10:00 a.m., Courtroom 5

1 | Pre-Trial Conference Date from 7/10/06 to 12/11/06, 11:00 a.m., Courtroom 2

2 | Trial Date from 8/29/06 to 1/29/07, 9:00 a.m., Courtroom 2.

DATED: March 20, 2006

JUAN M. FALCON & ASSOCIATES

JUAN M. FALCON
Attorneys for Plaintiffs
YVONNE ARANZAZU by and through
his Guardian Ad Litem, ARTURO ARANZAZU

DATED: March 20, 2004

TULARE COUNTY COUNSEL

Kathleen Taylor
Attorneys for Defendant,
COUNTY OF TULARE, et al.

**ORDER**

All parties being in agreement to reschedule the Trial Date and amend the Pre-Trial Motion Schedule and Cut-Off Dates to reflect the new trial date.

**IT IS HEREBY ORDERED** that the new trial date will be January, 29, 2007.

DATED: March 20, 2005.

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE